Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
          jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BIELICKI and ATOUSSA TADAYON,<br><br>Plaintiffs,<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, NATHAN SUMNICHT; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendants. | Case No. 2:23-cv-01362 -CDS-EJY<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' COMPLAINT**<br><br>**(FIRST REQUEST)** |

Plaintiffs, Christopher Bielicki and Atoussa Tadayon ("Plaintiffs"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to respond to Plaintiffs' Complaint for one week, from September 8, 2023 to September 15, 2023. Plaintiffs filed their complaint on July 14, 2023 and Defendant was served on August 8, 2023. Defendants' counsel was out of town during a majority Defendant's time to respond, and Plaintiff agreed to this brief extension as a professional courtesy. This is the parties' first stipulation to extend Defendant's time to respond to the Complaint.

This request is made in good faith and not for the purpose of delay.

DATED this 7th day of September, 2023.

SPENCER FANE, LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq. (Nevada Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant USAA Casualty Insurance Company*

GAZDA & TADAYON

/s/ *Lewis Gazda*
Crystal Y. Case, Esq. (Nevada Bar No. 14495)
2600 S. Rainbow Blvd., #200
Las Vegas, Nevada 89146
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
U.S. MAGISTRATE JUDGE

Dated:  September 8, 2023