Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BIELICKI and ATOUSSA TADAYON, <br><br> Plaintiffs <br><br> v. <br><br> USAA CASUALTY INSURANCE COMPANY, NATHAN SUMNICHT; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive, <br><br> Defendants | Case No. 2:23-cv-01362-CDS-EJY <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT USAA CASUALTY INSURANCE COMPANY TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS** |

Plaintiffs, Christopher Bielicki and Atoussa Tadayon ("Plaintiffs"), and Defendant, USAA Casualty Insurance Company ("Defendant") have agreed to extend the time for Defendant to file its reply in support of its Motion to Dismiss for one week, from October 13, 2023 to October 20, 2023. Plaintiff agreed to this brief extension as a professional courtesy given Defendant's counsel's pre-arranged travel to the East Coast for a wedding. This is the parties' first stipulation to extend Defendant's time to file its reply.

This request is made in good faith and not for the purpose of delay.

DATED this 11th day of October, 2023.

SPENCER FANE, LLP

/s/ *Mary Bacon*

Mary E. Bacon, Esq. (Nevada Bar No. 12686)
Jessica E. Chong, Esq. (NV Bar No. 13845)
300 South Fourth Street, Suite 950
Las Vegas, Nevada  89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

GAZDA & TADAYON

/s/ *Afshin Tadayon*

Crystal Y. Case, Esq. (Nevada Bar No. 14495)
2600 S. Rainbow Blvd., #200
Las Vegas, Nevada 89146
*Attorney for Plaintiffs*

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 11, 2023

2
Case No. 2:23-cv-01362-CDS-EJY
STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDNAT TO FILE REPY IN SUPPORT OF MOTION TO DISMISS

Error! Unknown document property name.