UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Christopher Bielicki, et al., | Case No. 2:23-cv-01362-CDS-EJY |
| Plaintiffs | **Order Dismissing Defendant** |
| v. | |
| USAA Casualty Insurance Company, et al., | |
| Defendants | |

This action was removed to this court on September 1, 2023. On January 8, 2024, the court issued a notice of intent to dismiss under Federal Rule of Civil Procedure 4(m) explaining that unless proof of service as to defendant Nathan Sumnicht was filed by February 7, 2024, the court would enter an order of dismissal. ECF No. 16. The deadline has now passed, and no proof of service has been filed.

IT IS THEREFORE ORDERED that this action is dismissed without prejudice as to defendant Nathan Sumnicht.

Dated: March 13, 2024

_____
Cristina D. Silva
United States District Judge