Mary E. Bacon, Esq.
(NV Bar No. 12686)
Jessica E. Chong, Esq.
(NV Bar No. 13845)
SPENCER FANE LLP
300 S. Fourth Street, Suite 950
Las Vegas, NV 89101
Telephone: (702) 408-3400
Facsimile (702) 938-8648
Email: mbacon@spencerfane.com
       jchong@spencerfane.com

*Attorneys for Defendant USAA Casualty Insurance Company*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER BIELICKI and ATOUSSA TADAYON,<br><br>Plaintiffs<br><br>v.<br><br>USAA CASUALTY INSURANCE COMPANY, NATHAN SUMNICHT; DOES I through XX; and ROE BUSINESS ENTITIES I through XX, inclusive,<br><br>Defendant | Case No. 2:23-cv-01362 -CDS-EJY<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Defendant, USAA Casualty Insurance Company ("Defendant") by and through their counsel Spencer Fane LLP and Plaintiffs, Christopher Bielicki and Atoussa Tadayon ("Plaintiffs") by and through their counsel Gazda & Tadayon hereby stipulate and agree to dismiss Plaintiffs' Complaint with prejudice. Each party will bear its own fees and costs.

1 | Dated this 26th day of June, 2024.

2 | GAZDA & TADAYON

/s/ *Afshin Tadayon*
Afshin Tadayon, Esq.
Nevada Bar No. 6517
2600 S. Rainbow Blvd., #200
Las Vegas, Nevada 89146
*Attorney for Plaintiffs*

Dated this 26th day of June, 2024.

SPENCER FANE, LLP

/s/ *Mary Bacon*
Mary E. Bacon, Esq.
Nevada Bar No. 12686
Jessica E. Chong, Esq.
NV Bar No. 13845
300 South Fourth Street, Suite 950
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*USAA Casualty Insurance Company*

Based on the parties' stipulation, this case is dismissed with prejudice, with each party to bear its own costs and fees. The Clerk of Court is kindly instructed to close this case.

_____
UNITED STATES DISTRICT JUDGE

Dated: June 27, 2024